IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | McEvoy, Scott T | Case Number: 04 B 37335 |
|---|---|---|
| | McEvoy, Karrie A | Judge: Wedoff, Eugene R |
| | Printed: 7/22/08 | Filed: 10/7/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: July 1, 2008
Confirmed: December 2, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 19,716.49 | |
| Secured: | | 1,121.51 |
| Unsecured: | | 14,318.89 |
| Priority: | | 0.00 |
| Administrative: | | 2,294.00 |
| Trustee Fee: | | 982.96 |
| Other Funds: | | 999.13 |
| Totals: | 19,716.49 | 19,716.49 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas W Lynch P C | Administrative | 2,294.00 | 2,294.00 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Bank One | Secured | 1,458.76 | 971.51 |
| 4. | Chase Manhattan Mortgage Corp | Secured | 150.00 | 150.00 |
| 5. | World Financial Network Nat'l | Unsecured | 748.41 | 748.41 |
| 6. | Resurgent Capital Services | Unsecured | 3,812.91 | 3,812.91 |
| 7. | Resurgent Capital Services | Unsecured | 2,162.50 | 2,162.50 |
| 8. | ECast Settlement Corp | Unsecured | 3,436.09 | 3,436.09 |
| 9. | Resurgent Capital Services | Unsecured | 4,158.98 | 4,158.98 |
| 10. | Advocate Health Care | Unsecured | | No Claim Filed |
| 11. | Advocate Health Care | Unsecured | | No Claim Filed |
| 12. | ATG Credit LLC | Unsecured | | No Claim Filed |
| 13. | Advocate Health Care | Unsecured | | No Claim Filed |
| 14. | Anchor Receivables Management | Unsecured | | No Claim Filed |
| 15. | Capital One | Unsecured | | No Claim Filed |
| 16. | GC Services Corporation | Unsecured | | No Claim Filed |
| 17. | Radiology Imaging Specialists | Unsecured | | No Claim Filed |
| 18. | MBB Inc | Unsecured | | No Claim Filed |
| 19. | Merchants & Medical Credit | Unsecured | | No Claim Filed |
| 20. | Sam's Club | Unsecured | | No Claim Filed |
| 21. | PBC Of Maryland Inc | Unsecured | | No Claim Filed |
| 22. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 18,221.65 | $ 17,734.40 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  McEvoy, Scott T  
       McEvoy, Karrie A  
       Printed:  7/22/08

Case Number:  04 B 37335  
Judge:  Wedoff, Eugene R  
Filed:  10/7/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 150.80 |
| 4% | 40.05 |
| 3% | 33.64 |
| 5.5% | 260.68 |
| 5% | 55.39 |
| 4.8% | 100.71 |
| 5.4% | 341.69 |
|  | _____ |
|  | $ 982.96 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

